UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE ZAMBRANO, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br>  -against-<br><br>TCA LOGISTICS CORP.,<br><br>        Defendant. | Dkt. No. 2:22-cv-5026-KAM-ST<br><br>**JOINT STIPULATION OF**<br>**<u>DISMISSAL WITHOUT PREJUDICE</u>** |

**WHEREAS**, Plaintiff Jorge Zambrano commenced this action against Defendant TCA Logistics Corp. ("Defendant") by filing a summons and complaint in the United States District Court, Eastern District of New York, on August 24, 2022 (Dkt. No. 1); and

**WHEREAS**, on October 25, 2022, Defendant filed its Motion to Compel Arbitration in response to Plaintiff's Complaint (Dkt. No. 13); and

**WHEREAS**, before Plaintiff filed his opposition to Defendant's Motion, the Parties participated in a mediation on December 8, 2022; and

**WHEREAS**, as a result of that mediation, Plaintiff agreed to dismiss this action without prejudice to his ability to assert a demand for arbitration; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-referenced action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

1

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-referenced action, that this stipulation may be executed with electronic signatures and in counterparts, and delivered by facsimile or email, each of which shall be deemed an original and each of which shall together constitute one and the same agreement.

Dated: January 13, 2023

| JOSEPH & NORINSBERG, LLC | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
|---|---|
| By: _____ <br> Jon L. Norinsberg, Esq. <br> Michael R. Minkoff, Esq. <br> 110 East 59th Street, Suite 3200 <br> New York, New York 10022 <br> *Counsel for Plaintiff* | By: */s/ Charles Andrewscavage* <br> Charles Andrewscavage, Esq. <br> 30 West Monroe Street, Suite 1600 <br> Chicago, Illinois 60603 <br> *Counsel for Defendant* |

So Ordered: /s/
       1.13.2023

2